# UNITED STATES BANKRUPTCY COURT
### District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Heritage Home Group LLC
    Debtor
_____

Bankruptcy Case No.: 18–11736–BLS

Bankruptcy Chapter: 7

Alfred T. Giuliano

    Plaintiff

    vs.

Doug Mockett & Company, Inc.

    Defendant(s)

Adv. Proc. No.: 20–50685–BLS

## ENTRY OF DEFAULT

It appears from the record that the following defendant(s) failed to plead or otherwise defend in this case as required by law.

> Defendant's Name: Doug Mockett & Company, Inc.

Therefore, default is entered against the defendant(s) as authorized by Federal Rule of Bankruptcy Procedure 7055.

*Una O'Boyle*
_____
Una O'Boyle, Clerk of Court

Date: 10/6/20          By: Lesa Neal, Deputy Clerk

(VAN–431)