# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**
Heritage Home Group LLC
    Debtor

Bankruptcy Case No.: 18–11736–BLS

Bankruptcy Chapter: 7

_____

Alfred T. Giuliano

    Plaintiff

    vs.

Doug Mockett & Company, Inc.

    Defendant(s)

Adv. Proc. No.: 20–50685–BLS

**JUDGMENT BY DEFAULT**

    On 10/6/20, default was entered against defendant(s) Doug Mockett & Company, Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

    Judgment is entered against defendant(s) Doug Mockett & Company, Inc. in the amount of $102,726.56 plus court filing costs in the amount of $350.00.

Date: 10/29/20

*Una O'Boyle*

Una O'Boyle, Clerk of Court

(VAN–433b)