## <u>Exhibit A</u>

## Proposed Order

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br><br>Debtors. | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as<br>Chapter 7 Trustee of HERITAGE HOME<br>GROUP, LLC, *et al.*,<br>Plaintiff,<br><br>vs.<br><br>DOUG MOCKETT & COMPANY, INC.,<br><br>Defendant. | Adversary Proceeding<br>Case No. 20-50685 (BLS)<br><br><br><br>**Re Docket No. _____** |

## ORDER (I) REOPENING ADVERSARY PROCEEDING OF DOUG MOCKETT & COMPANY, INC., AND (II) GRANTING RELATED RELIEF TO RECLOSE THE CASE

Upon the motion (the "Motion") of Alfred T. Giuliano, in his capacity as Chapter 7 Trustee (the "Trustee") of Heritage Home Group, LLC, *et al* (the "Debtors") in the above-captioned cases, to reopen the adversary proceeding filed against Doug Mockett & Company, Inc. (the "Defendant") (Case No. 20-50685 (BLS)) (the "Adversary Proceeding"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion in this Court is proper pursuant to 28 U.S.C. §§ 1408 and 1409; it appearing that due and proper notice of the Motion having been provided to those parties identified therein, and no other or further notice being

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.

required; and the Court having determined that the relief sought in the Motion is in the best interests of the Debtors, the estates, creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Adversary Proceeding is reopened for cause, pursuant to 11 U.S.C. § 350(b) and Rule 5010 of the Federal Rules of Bankruptcy Procedure, immediately upon the docketing of this Order upon the electronic docket of the above-captioned case solely for the purpose of allowing the Trustee and Defendant to finalize the terms of the Settlement and such other relief as is just and proper.

3.      The order granting default judgment against Doug Mockett & Company, Inc. dated October 29, 2020 is hereby set aside and vacated.

4.      The Clerk of Court is authorized to take all actions necessary or appropriate to give effect to the relief granted in this Order.

5.      Notwithstanding any provision in the Federal Rules of Bankruptcy Procedure to the contrary, (i) the terms of this Order shall be immediately effective and enforceable upon its entry, (ii) the Trustee is not subject to any stay in the implementation, enforcement or realization of the relief granted in this Order, and (iii) the Trustee may, without further delay, take any action and perform any act authorized or directed to occur under this Order.

6.    This Court shall retain jurisdiction with respect to any matters related to or arising from this Order.