# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>HERITAGE HOME GROUP, LLC, *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 7<br><br>Case No. 18-11736 (BLS)<br><br>(Jointly Administered) |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of HERITAGE HOME GROUP, LLC *et al.*,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>DOUG MOCKETT & COMPANY, INC.,<br><br>　　　　　　　　　　Defendant. | Adv. Proc. No. 20-50685 (BLS) |

## CERTIFICATE OF SERVICE

　　　　　I, Peter J. Keane, hereby certify that on the 2nd day of March, 2021, I caused a copy of the following document to be served on the party listed below in the manner indicated:

**MOTION TO (A) REOPEN DOUG MOCKETT & COMPANY, INC. ADVERSARY PROCEEDING, (B) VACATE DEFAULT JUDGMENT; AND (C) GRANT RELATED RELIEF RECLOSING THE ADVERSARY PROCEEDING**

VIA ELECTRONIC MAIL
Donna L. Culver, Esq.
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
Email: dculver@morrisnichols.com

　　　　　　　　　　　　　　　　　　*/s/ Peter J. Keane*
　　　　　　　　　　　　　　　　　　Peter J. Keane (DE Bar No. 5503)

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's tax identification numbers, are: Heritage Home Group LLC (9506); HH Global II B.V. (0165); HH Group Holdings US, Inc. (7206); HHG Real Property LLC (3221); and HHG Global Designs LLC (1150). The Debtors' corporate headquarters was located at 1925 Eastchester Drive, High Point, North Carolina 27265.